# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RALLS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | |
| v. ) | FILE NO. 3:13-cv-213-TCB |
| ) | |
| ) | |
| HUERFANO RIVER WIND, LLC, ) | |
| U.S. INNOVATIVE RENEWABLE ) | |
| ENERGY, LLC, and ) | |
| XIAOLIN "JERRY" ZHANG, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF JOHN P. MACNAUGHTON IN SUPPORT OF PLAINTIFF'S MOTION FOR APPOINTMENT OF RECEIVER

I, John P. MacNaughton, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1. I am a member of the firm of Morris, Manning & Martin, LLP, one of the attorneys for Plaintiff in the above-captioned action. I respectfully submit this Declaration in support of Plaintiff's Motion for Appointment of Receiver.

2. Attached hereto as Exhibit A is a true and correct copy of the document purporting to be the Huerfano River Wind, LLC ("HRW") Profit & Loss statement for

the period January through December 2013, which Joshua Nathan, counsel for Defendants, emailed to undersigned counsel on January 28, 2014.

3. Attached hereto as Exhibit B is a true and correct copy of the document purporting to be an "Asset Management Agreement" invoice dated September 1, 2013, which Joshua Nathan, counsel for Defendants, emailed to undersigned counsel on January 30, 2014.

4. Attached hereto as Exhibit C is a true and correct copy of the document purporting to be an "Asset Management Agreement" invoice dated January 1, 2014, which Joshua Nathan, counsel for Defendants, emailed to undersigned counsel on January 30, 2014.

5. Attached hereto as Exhibit D is a true and correct copy of the document purporting to be an HRW "Account QuickReport" for the period January through December 2013, which Joshua Nathan, counsel for Defendants, emailed to undersigned counsel on January 30, 2014.

6. Attached hereto as Exhibit E is a true and correct copy of the document purporting to be an "Executive Employment Agreement," which Joshua Nathan, counsel for Defendants, emailed to undersigned counsel on January 30, 2014.

7. Attached hereto as Exhibit F is a true and correct copy of the document purporting to be a "Notice of Payment Due" from IPFS Corporation to HRW dated

November 26, 2013, which Joshua Nathan, counsel for Defendants, emailed to undersigned counsel on January 30, 2014.

8. Attached hereto as Exhibit G is a true and correct copy of the document purporting to be a "Notice of Acceptance and of Assignment" from IPFS Corporation to HRW, which Joshua Nathan, counsel for Defendants, emailed to undersigned counsel on January 30, 2014.

9. Attached hereto as Exhibit H is a true and correct copy of the document purporting to be an "Account Summary" from Secom to HRW dated October 1, 2013, which Joshua Nathan, counsel for Defendants, emailed to undersigned counsel on January 30, 2014.

10. Attached hereto as Exhibit I is a true and correct copy of the document purporting to be an "Account Summary" from Secom to HRW dated November 1, 2013, which Joshua Nathan, counsel for Defendants, emailed to undersigned counsel on January 30, 2014.

11. Attached hereto as Exhibit J is a true and correct copy of the document purporting to be an "Account Summary" from Secom to HRW dated December 1, 2013, which Joshua Nathan, counsel for Defendants, emailed to undersigned counsel on January 30, 2014.

12. Attached hereto as Exhibit K is a true and correct copy of the document purporting to be a letter from Donald Nimey of CohnReznick LLP to Lu Zhang, President of HRW dated August 12, 2013, which Joshua Nathan, counsel for Defendants, emailed to undersigned counsel on January 30, 2014.

13. Attached hereto as Exhibit L is a true and correct copy of the document purporting to be a utility bill from San Isabel Electric Association, Inc. ("SIEA") to HRW dated October 28, 2013, which Joshua Nathan, counsel for Defendants, emailed to undersigned counsel on January 30, 2014.

14. Attached hereto as Exhibit M is a true and correct copy of the document purporting to be a utility bill from SIEA to HRW dated November 28, 2013, which Joshua Nathan, counsel for Defendants, emailed to undersigned counsel on January 30, 2014.

15. Attached hereto as Exhibit N is a true and correct copy of the document purporting to be a utility bill SIEA to HRW dated December 27, 2013, which Joshua Nathan, counsel for Defendants, emailed to undersigned counsel on January 30, 2014.

16. Attached hereto as Exhibit O is a true and correct copy of the letter from Joshua Nathan, counsel for Defendants, to Zhiping Lou, an attorney for Plaintiff, dated January 15, 2014.

17. Attached hereto as Exhibit P is a true and correct copy of the letter from undersigned counsel to Joshua Nathan, counsel for Defendants, dated January 16, 2014.

18. Attached hereto as Exhibit Q is a true and correct copy of the letter from Joshua Nathan, counsel for Defendants, to undersigned counsel, dated January 17, 2014.

19. Attached hereto as Exhibit R is a true and correct copy of that certain Loan and Security Interest Agreement, dated March 22, 2013.

20. Attached hereto as Exhibit S is a true and correct copy of that certain Secured Promissory Note, dated March 22, 2013.

21. Attached hereto as Exhibit T is a true and correct copy of that certain Turbine Supply Agreement, dated March 22, 2013.

22. Attached hereto as Exhibit U is a true and correct copy of that certain Maintenance and Warranty Services Agreement, dated March 22, 2013.

23. Attached hereto as Exhibit V is a true and correct copy of that certain Membership Interest Purchase Agreement, dated March 22, 2013.

24. Attached hereto as Exhibit W is a true and correct copy of the letter from undersigned counsel to Defendant Xiaolin "Jerry" Zhang and Joshua Nathan, counsel for Defendants, dated August 26, 2013.

— 6 —

25. Attached hereto as Exhibit X is a true and correct copy of the letter from undersigned counsel to Defendant Xiaolin "Jerry" Zhang and Joshua Nathan, counsel for Defendants, dated November 26, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

_____
John P. MacNaughton

Dated:   Atlanta, Georgia
         February 5th, 2014